## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JAMES S. POWELL, II, et al., individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GENERAL MOTORS LLC,<br><br>     Defendant. | Case No.: 4:25-cv-10479-SDK-KGA |

### STIPULATED ORDER
### CONSOLIDATING CASES PURSUANT TO
### FED. R. CIV. P. 42(a) AND E.D. MICH. L.R. 42.1

General Motors ("GM"), jointly with each of the plaintiffs ("Plaintiffs") in the actions identified below (collectively, the "Actions"), by and through their undersigned counsel, hereby stipulate to consolidate the Actions pursuant to Fed. R. Civ. P. 42(a) and E.D. Mich. L.R. 42.1 before the Honorable Shalina D. Kumar in the Eastern District of Michigan.

1. *Powell v. Gen. Motors LLC*, Case No. 4:25-cv-10479-SDK-KGA (E.D. Mich.), originally filed in this District and presently pending before Judge Kumar;

2. *Hermanowicz v. Gen. Motors, LLC*, Case No. 4:25-cv-13440 (E.D. Mich.), originally filed in this District and assigned to Judge Parker. Reassigned to Judge Kumar on October 31, 2025 (ECF No. 4);

These two putative class actions involve similar factual allegations concerning an alleged defect in certain GM vehicles equipped with the 6.2L "L87" V8 engine and they assert overlapping legal claims on behalf of overlapping putative classes. For efficiency and to conserve the resources of the parties and the Court, the parties agree that the Actions should be consolidated pursuant to Fed. R. Civ. P. 42(a).

On August 12, 2025, the *Powell* Action was previously consolidated with eleven other putative class action cases (ECF Nos. 21, 22). Competing motions to appoint interim class counsel are currently pending in the *Powell* Action. (ECF Nos. 26-31).

NOW, THEREFORE, based upon the stipulation of the Parties:

It is ORDERED that the Actions are consolidated for all purposes, including trial.

It is further ORDERED that the Parties shall use the case caption for the *Powell* Action in future court filings and that all filings shall be made in the *Powell* Action, Case No. 4:25-cv-10479-SDK-KGA (E.D. Mich.), and that the *Hermanowicz* Action is hereby closed for administrative purposes.

Dated: November 12, 2025          s/Shalina D. Kumar
                                  Honorable Shalina D. Kumar
                                  United States District Judge

2

Date: November 11, 2025

**SO STIPULATED:**

| | |
|---|---|
| */s/ Mike Arias* | */s/ April N. Ross* |
| Mike Arias | April N. Ross (DC500488) |
| M. Anthony Jenkins | Rachel P. Raphael (DC1022496) |
| **ARIAS SANGUINETTI WANG &** | **MORGAN LEWIS & BOCKIUS LLP** |
| **TEAM, LLP** | 1111 Pennsylvania Avenue, N.W. |
| 6701 Center Drive West, 14th Floor | Washington, DC 20004 |
| Los Angeles, CA | Phone: (202) 739-3000 |
| Phone: (310) 844-9696 | april.ross@morganlewis.com |
| mike@aswtlawyers.com | rachel.raphael@morganlewis.com |
| anthony@aswtlawyers.com | |
| | Krista L. Lenart (P59601) |
| Kevin P. Green | **DYKEMA GOSSETT PLLC** |
| Daniel S. Levy | 2723 South State Street, Ste 400 |
| **GOLDENBERG HELLER** | Ann Arbor, MI 48104 |
| **& ANTOGNOLI, P.C.** | Phone: (734) 214-7676 |
| 2227 South State Route 157 | klenart@dykema.com |
| Edwardsville, IL 62025 | |
| Phone: (618) 656-5150 | *Counsel for General Motors LLC* |
| kevin@ghalaw.com | |
| daniel@ghalaw.com | |

Nicholas A. Coulson (P78001)
**COULSON P.C.**
300 River Place Drive, Suite 1700
Detroit, MI 48207
Phone: (313) 645-0045
nick@coulsonpc.com

E. Powell Miller (P39487)
Dennis A. Lienhardt (P81118)

3

Dana E. Fraser (P82873)
**THE MILLER LAW FIRM PC**
950 W. University Drive, Suite 300
Rochester, MI 48307
Phone: (248) 841-2200
epm@millerlawpc.com
dal@millerlawpc.com
def@millerlawpc.com

Adam J. Levitt
John E. Tangren
Daniel R. Ferri
Madeline E. Hill
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
Phone: (312) 214-7900
alevitt@dicellolevitt.com
jtangren@dicellolevitt.com
dferri@dicellolevitt.com
mhill@dicellolevitt.com

Timothy G. Blood
**BLOOD HURST & O'REARDON, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Phone: (619) 338-1100
tblood@bholaw.com

Steve W. Berman
Rachel Fitzpatrick
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Phone: (206) 623-7292
steve@hbsslaw.com
rachelf@hbsslaw.com

4

**FEGAN SCOTT LLC**
Elizabeth A. Fegan
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Phone: (312) 741-1019
beth@feganscott.com

Jonathan D. Lindenfeld
305 Broadway, 7th Floor
New York, NY 10007
Phone: (332) 216-2101
jonathan@feganscott.com

David S. Almeida
**ALMEIDA LAW GROUP LLC**
849 W. Webster Avenue
Chicago, IL 60614
Phone: (708) 437-6476
david@almeidalawgroup.com

Kevin Budner
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
E-mail: kbudner@lchb.com

David Stellings
Katherine McBride
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355.9500
dstellings@lchb.com
kmcbride@lchb.com

Christopher A. Seeger
**SEEGER WEISS LLP**
55 Challenger Road, Suite 600
Ridgefield, NJ 07660
Phone: (973) 639-9100
cseeger@seegerweiss.com

Scott A. George
**SEEGER WEISS LLP**
325 Chestnut Street, Suite 917
Philadelphia, PA 19106
Phone: (215) 564-2300
sgeorge@seegerweiss.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut St, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
cschaffer@lfsblaw.com

Kevin Laukaitis
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Phone: (215) 789-4462
klaukaitis@laukaitislaw.com

Leslie L. Pescia
**SIRI | GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, NY 10151
Phone: (212) 532-1091
mbarney@sirillp.com
lpescia@sirillp.com

*Counsel for Powell Plaintiffs*

*/s/ David P. Meyer*

David Polan Meyer
**MEYER WILSON WERNING CO., LPA**
305 W. Nationwide Blvd.
Columbus, OH 43215
Phone: (614) 224-6000
dmeyer@meyerwilson.com

Matthew B. George
Laurence King
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, CA 94612
Phone:   (415) 772.-4700
mgeorge@kaplanfox.com
lking@kaplanfox.com

*Counsel for Hermanowicz Plaintiff*